Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:  619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for Capio Partners, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE TAYLOR,<br><br>　　　　Plaintiff,<br>vs.<br><br>CAPIO PARTNERS, LLC,<br>and Does 1-10<br><br>　　　　Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Capio Partners, LLC ("CAPIO") hereby removes to this Court the state court action described below.

1.　This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. §227, *et. seq.*

2.   On or about September 8, 2015 the action was commenced in the Superior Court of the State of California, County of Orange, entitled, *Jacqueline Taylor v. Capio Partners, LLC, and Does 1-10*, Case No. 30-2015-00808503 CU-NP-CJC (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3.   The date upon which CAPIO first received a copy of the said Complaint was September 29, 2015, when CAPIO's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), CAPIO has timely filed this Notice of Removal.

4.   A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5.   The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

///

///

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 10/28/15           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Harijot S. Khalsa
Harijot S. Khalsa
Attorney for Defendant
Capio Partners, LLC