**MANNING LAW OFFICE**
**A PROFESSIONAL CORPORATION**
Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Phillip B. Nghiem, Esq. (State Bar No. 291525)
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
PH: (949) 200-8755
FX: (866) 843-8308

Attorneys for Plaintiff: Jacqueline Taylor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE TAYLOR, an individual<br><br>PLAINTIFF,<br><br>vs.<br><br>CAPIO PARTNERS, LLC and DOES 1-10, Inclusive,<br><br>DEFENDANTS. | **Case No.: 8:15-CV-01752 DOC-DFM**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. The Parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 23, 2015 for filing a joint dismissal.

///

///

**NOTICE OF SETTLEMENT**

Dated: November 24, 2015

**MANNING LAW OFFICE
A PROFESSIONAL CORPORATION**

By: */s/ Michael Manning*
    Joseph R. Manning, Jr., Esq.
    Michael Manning, Esq.
    Phillip B. Nghiem, Esq.
    Attorneys for Plaintiff
    Jacqueline Taylor

Dated: November 24, 2015

**SESSIONS, FISHMAN, NATHAN &
ISRAEL, LLP**

By: */s/ Harijot Khalsa*
    Harijot Khalsa., Esq.
    Damian P Richard
    Debbie P Kirkpatrick
    Attorneys for Defendant
    Capio Partners, LLC

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Harijot Khalsa, counsel for Defendant, and that I have obtained Harijot Khalsa's authorization to affix his electronic signature to this document.

Dated November 24, 2015    By: */s/ Michael Manning*

    Michael Manning, Esq.
    Attorney for Plaintiff
    Jacqueline Taylor

**NOTICE OF SETTLEMENT**

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My address is 4667 MacArthur Boulevard, Suite 150, Newport Beach, CA 92660.

On November 24, 2015, I served the true copies of the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action, addressed as follows:

Harijot Khalsa, Esq.
Damian P. Richard, Esq.
Debbie P. Kirkpatrick, Esq.
Sessions Fishman Nathan and Israel LLP
1545 Hotel Cicle South, Suite 150
San Diego, CA 92108-3426

[X] BY United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

[ ] By E-mail or Electronic Transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this affidavit was executed on November 24, 2015.

_____
Vickie Rhodes

**NOTICE OF SETTLEMENT**

3