1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JACQUELINE TAYLOR, an individual

   PLAINTIFF,

vs.

CAPIO PARTNERS, LLC and DOES 1-10, Inclusive,

   DEFENDANTS.

Case No.: **15-CV-01752 DOC-DFM**

**ORDER OF DISMISSAL**   [11]

## ORDER

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: December 17, 2015
_____

_David O. Carter____

DAVID O. CARTER
United States District Court Judge

**ORDER OF DISMISSAL**

1